UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| COLLEEN LAUDAT., | ) | Case No.: |
| | ) | |
| Plaintiff, | ) | **COMPLAINT** |
| vs. | ) | |
| BRYCO SOLUTIONS LLC and STEVEN BRYANT, individually | ) ) ) | |
| Defendants | ) | Jury Trial: ☒ Yes  ☐ No |

## INTRODUCTION

1. This is a civil action for actual, punitive, statutory damages and cost brought by Colleen Laudat hereinafter, ("Plaintiff") an individual consumer, against defendant Bryco Solutions LLC & Steven Bryant . hereinafter ("Defendants") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA").

## BASIS OF JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) and 28 U. S. C § 1331. Venue is proper in this judicial district pursuant to 28 U.S.C. 1391(b)(1) and 28 U.S.C. §

COMPLAINT FOR A CIVIL CASE - 1

1391(b)(2) because a substantial part of the events, omissions, or conduct giving rise to Plaintiff claim occurred in this judicial district. Defendants transact business in, Missouri, Texas.

3. The Court has supplemental jurisdiction of any state law claims pursuant to 28 U.S.C. §1367.

**PARTIES**

4. Plaintiff, Colleen Laudat is a consumer as defined by 15 U.S.C. § 1692a (3), residing Orlando, FL.

5. Upon information and belief, Bryco Solutions LLC. is a Texas corporation.  Bryco Solutions LLC accepts service through its registered agent Hellane L Bryant, 3602 George Washington LN Missouri City Tx 77459-6772.

6. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a (6).

7. The acts of Defendant as described in this Complaint were performed by Defendant or on Defendant's behalf by its owners, officers, agents, and/or employees acting within the scope of their actual or apparent authority. As such, all references to "Defendants" in this Complaint shall mean Defendant or their owners, officers, agents, and/or employees.

Bryant materially participated in Bryco's debt collection activities and created Bryco's policies and procedures and carries out the unlawful activities of Bryco.

# FACTUAL ALLEGATIONS

8. On 10/23/2023, Plaintiff Received a phone call from phone number 281-969-8815. Caller ID states Bry CO Sol.

9. In the phone call the Defendant never indicated that "This is a communication from a licensed Bill collector.".

The defendant used abusive language; Defendant stated to plaintiff to "Have your attorney contact me ".

Defendant stated that individuals visited plaintiffs' residence regarding this debt. Defendant refused to provide any information to plaintiff regarding this alleged debt.

10. Defendants actions violated 15 U.S.C § 1692 (d) because they harassed or abused plaintiff during the phone conversation. Defendants violated 15 U.S.C § 1692 (e) by telling the plaintiff to have plaintiff's attorney reach out as well as mentioning law enforcement during this call. Defendants have also provided no written notice to the plaintiff regarding this debt another violation of 15 U.S.C § 1692 (e). Defendant violated 15 U.S.C § 1692 (f) by informing plaintiff that they are in possession of plaintiff's card # ending in "7787" this information was not provided by the plaintiff and no charges are or will be authorized as well as indicating that individual's visited plaintiffs residence which caused plaintiff to fear for her safety based on the conversational context prior.

## *Plaintiffs Damages*

COMPLAINT FOR A CIVIL CASE - 3

11. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered emotional distress, embarrassment from the Defendants abusive behaviors.

12. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff as suffered loss of time into research and learning to defend against the defendant's abusive and unfair collection tactics.

13. Plaintiff's injury is directly traceable to defendant's conduct because if it weren't for the defendant's conduct, Plaintiff would not have been deprived of her rights and would not have been subject to the emotional distress, anxiety, worry, and embarrassment caused by the defendant actions.

14. Plaintiff justifiably fears that, absent this court's intervention, defendants will continue to use abusive, deceptive, unfair, and unlawful means in its attempts to collect alleged debts.

15. The deprivation of Plaintiff's rights will be redressed by a favorable decision herein.

16. A favorable decision herein would redress Plaintiff's injury with money damages.

17. A favorable decision herein would serve to deter Defendants from further similar conduct.

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT DEFENDANT BRYCO SOLUTIONS LLC & STEVEN BRYANT .

18. All preceding paragraphs are alleged.

19. Defendant actions violated 15 U.S.C § 1692(f), 15 U.S.C § 1692 (e), 15 U.S.C § 1692 (f)

20. The Defendant used abusive deceptive and unfair practices in the process of collecting an alleged debt.

21. As a result of the Defendant actions the Plaintiff has suffered emotional distress, anxiety, loss of time, headaches, and embarrassment.

22. As a result of Defendants violations of the Fair Debt Collection Practices Act the Defendant is liable for damages under 15 U.S.C § 1692k.

## JURY DEMAND AND PRAYER FOR RELIEF

Wherefore, Plaintiff Colleen Laudat, respectfully demands a jury trial and request that judgment be entered in favor or the Plaintiff against the Defendants for:

(a) Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

(b) Damages pursuant to 15 U.S.C § 1692k(a)(1) and 15 U.S.C § 1692k(a)(2)(A).

Date: 10/26/2023

/S/ Colleen Laudat
Colleen Laudat
[4607 Westgrove Way]
[Colleenlaudat407@hotmail]
[3217322867]